**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Patrick J. Fisher, Jr.
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 13 2004

CLERK

December 10, 2004

Mr. Matthew J. Dykman
Clerk
United States District Court for the District of New Mexico
333 Lomas NW, Suite 270
Albuquerque, NM 87102-2242

    Re:    02-2323, O Centro Espirita v. Ashcroft
           Dist/Ag docket: CIV-00-1647 JP/RLP,

Dear Counsel:

    Enclosed for the clerk of the trial court or the named agency, is a certified copy of an order entered today. The trial court has not yet returned the recalled mandate with the opinion and judgment filed in this case. See Fed. R. App. P. 41(a). The trial court is requested to retain the opinion and file it in the records of your court.

    The clerk of the district court is requested to acknowledge receipt of this mandate by file stamping and returning the enclosed copy of this letter. Any original record will be returned to you at a later date.

    Please contact this office if you have questions.

                      Sincerely,

                      PATRICK FISHER
                      Clerk

            By:
                      Deputy Clerk

PF:na

cc:
    John W. Boyd
    Nancy Hollander
    David C. Iglesias, U.S. Attorney
    Raymond Hamilton, Asst. U.S. Attorney
    Vincent M. Garvey
    Elizabeth Goitein

Michael Jay Singer
Matthew M. Collette
Gregory G. Katsas
Gregory S. Baylor
Nathan A. Adams
Kimberlee W. Colby

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

O CENTRO ESPIRITA BENEFICIENTE UNIAO DO VEGETAL, also known as Uniao do Vegetal (USA), Inc., a New Mexico corporation on its own behalf and on behalf of all its members in the United States; JEFFREY BRONFMAN, individually and as President of UDV-USA; DANIEL TUCKER, individually and as Vice-President of UDV-USA; CHRISTINA BARRETO, individually and as Secretary of UDV-USA; FERNANDO BARRETO, individually and as Treasurer of UDV-USA; CHRISTINE BERMAN; MITCHEL BERMAN; JUSSARA DE ALMEIDA DIAS, also known as Jussara Almeida Dias; PATRICIA DOMINGO; DAVID LENDERTS; DAVID MARTIN; MARIA EUGENIA PELAEZ; BRYAN REA; DON ST. JOHN; CARMEN TUCKER; SOLAR LAW, individually and as members of UDV-USA,

    Plaintiffs - Appellees,

v.

JOHN ASHCROFT, Attorney General of the United States; ASA HUTCHINSON, Administrator of the United States Drug Enforcement Administration; PAUL H. O'NEILL, Secretary of the Department of Treasury of the United States; DAVID C. IGLESIAS, United States Attorney for the District of New Mexico; DAVID F. FRY, Resident Special Agent in Charge of

A true copy
Teste
 Patrick Fisher
 Clerk, U. S. Court of
 Appeals, Tenth Circuit
By
 Deputy Clerk

No. 02-2323
(D.C. No. CIV-00-1647 JP/RLP)

the United States Customs Service Office of Criminal Investigation in Albuquerque, New Mexico; all in their official capacities,

        Defendants - Appellants,

---

CHRISTIAN LEGAL SOCIETY; THE NATIONAL ASSOCIATION OF THE EVANGELICALS; CLIFTON KIRKPATRICK, as the Stated Clerk of the General Assembly of the Presbyterian Church (U.S.A.); QUEENS FEDERATION OF CHURCHES,

        Amicus Curiae.

---

## ORDER

Filed December 10, 2004

---

On December 2, 2004, pursuant to Justice Breyer's order of December 1, 2004, this court recalled the mandate. The full court has now denied the stay and vacated the temporary stay. The mandate shall reissue forthwith.

                              Entered for the Court
                              PATRICK FISHER, Clerk of Court

                              by:
                              Deputy Clerk

2