IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 AUG 18 PM 4: 16

CLERK-ALBUQUERQUE

O CENTRO ESPÍRITA BENEFICENTE UNIÃO
DO VEGETAL, et al.,

        Plaintiffs,

v.

ERIC H. HOLDER, JR., et al.,

        Defendants.

No.  CV 00-1647 JP/RLP

### STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiffs and the defendants, through undersigned counsel, stipulate that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

FREEDMAN BOYD HOLLANDER
GOLDBERG IVES & DUNCAN P.A.

*[signature]*

NANCY HOLLANDER
JOHN W. BOYD
ZACHARY A. IVES
20 First Plaza, Suite 700
Albuquerque, NM 87102
Tel. 505.842.9960
Fax  505.842.0761
Attorneys for Plaintiffs

s/ Eric J. Beane
ERIC J. BEANE
JULIE STRAUS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., #7124
Washington, D.C.  20001

Phone: (202) 616-2035
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on this 18th day of August, 2010, I filed the foregoing stipulation in open court, and that the electronic filing of the document by the Court will cause all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

_____
Nancy Hollander