# ROTH, VanAMBERG, ROGERS, ORTIZ & YEPA, LLP

ATTORNEYS AT LAW

F. JOEL ROTH (NM)
RONALD J. VanAMBERG (NM)
CARL BRYANT ROGERS (NM,MS)
RAYMOND Z. ORTIZ (NM,DC)
DAVID R. YEPA (NM)

DAVID T. GOMEZ (NM)
STEPHANIE PHO-POÉ KIGER (NM)
CAROLYN J. ABEITA (NM)

P.O. BOX 1447
SANTA FE, NM 87504-1447
(505) 988-8979
FAX (505) 983-7508

347 EAST PALACE AVENUE
SANTA FE, NEW MEXICO 87501

1201 LOMAS BOULEVARD, N.W.
SUITE C
ALBUQUERQUE, NEW MEXICO 87102
(505) 242-7352
FAX (505) 242-2283

February 9, 2005

United States District Court Clerk
 for the District of New Mexico
U.S. Courthouse
333 Lomas Blvd. NE, Ste. 270
Albuquerque, NM  87102

2/25/02

Re:  *O Centro Espitita Beneficiente Unaio Do Vegetal, et al. v. John Ashcroft, et al.; USDC No. CIV 00-1647 JP/RLP*

Dear Court Clerk:

The law firm of Roth, VanAmberg, Rogers, Ortiz & Yepa, LLP represents the Native American Church, whose application for amicus status was denied by the Court. Please therefore remove this firm's name from the Court's mailing list for notices and orders in this action as we are not a party and do not have amicus status in this case. Thank you for your assistance in this matter.

If you should have any questions, please feel free to call me. By copy of this letter we are informing counsel of record for the parties of same.

Sincerely,

ROTH, VanAMBERG, ROGERS
ORTIZ & YEPA, LLP

By
David Gomez

cc:  Counsel of Record
DG:dmq

ROTH, VanAmberg, Rogers, Ortiz & Yepa, LLP
ATTORNEYS AT LAW
POST OFFICE BOX 1447
SANTA FE, NEW MEXICO 87504-1447

87102+2274 23

RECEIVED

United States District Court Clerk
for the District of New Mexico
U.S. Courthouse
333 Lomas Blvd. NE, Ste. 270
Albuquerque, NM 87102